UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on October 30, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 26-mj-69 |
| | : | |
| ZABDIEL AARON ROTHSCHILD, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2251(a),(e) |
| Defendant. | : | (Sexual Exploitation and Attempted |
| | : | Sexual Exploitation of a Minor) |
| | : | |
| | : | 18 U.S.C. § 2251(a),(e) |
| | : | (Attempted Sexual Exploitation of a |
| | : | Minor) |
| | : | |
| | : | 18 U.S.C. § 2422(b) |
| | : | (Coercion and Enticement of a Minor) |
| | : | |
| | : | 18 U.S.C. § 2252(a)(2),(b)(1) |
| | : | (Attempted Receipt of Child |
| | : | Pornography) |
| | : | |
| | : | 18 U.S.C. § 2252(a)(2),(b)(1) |
| | : | (Receipt of Child Pornography) |
| | : | |
| | : | 18 U.S.C. § 1470 |
| | : | (Transfer of Obscene Materials to a |
| | : | Minor) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 1467(a); 18 U.S.C. §2428(a); |
| | : | 18 U.S.C. § 2253; 21 U.S.C. § 853(p); |
| | : | 28 U.S.C. § 2461(c) |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about and between March 5, 2025, and March 6, 2025, within the District of Columbia and elsewhere, the defendant, **ZABDIEL AARON ROTHSCHILD**, did employ, use, persuade, induce, entice, and coerce and attempt to employ, use, persuade, induce, entice, and coerce any minor, specifically a thirteen year-old **MINOR VICTIM 1**, to engage in sexually explicit conduct for the purpose of producing any live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

**(Sexual Exploitation and Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Section 2251(a),(e))

## COUNT TWO

On or about and between February 24, 2025, and March 12, 2025, within the District of Columbia and elsewhere, the defendant, **ZABDIEL AARON ROTHSCHILD**, did attempt to employ, use, persuade, induce, entice, and coerce any minor, specifically a fifteen-year-old **MINOR VICTIM 2,** to engage in sexually explicit conduct for the purpose of producing any live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

(**Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Section 2251(a),(e))

## COUNT THREE

On or about and between January 29, 2025, and March 12, 2025, within the District of Columbia and elsewhere, the defendant, **ZABDIEL AARON ROTHSCHILD**, using facilities and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce and attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, specifically a fifteen-year old **MINOR VICTIM 3,** to engage in sexual activity for which any person can be charged with a criminal offense.

(**Coercion and Enticement of a Minor**, in violation of Title 18, United States Code, Section 2422(b))

## COUNT FOUR

On or about and between February 22, 2025, and March 12, 2025, within the District of Columbia and elsewhere, the defendant, **ZABDIEL AARON ROTHSCHILD**, using facilities and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce and attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, specifically a fifteen-year old **MINOR VICTIM 2,** to engage in sexual activity for which any person can be charged with a criminal offense.

(**Coercion and Enticement of a Minor**, in violation of Title 18, United States Code, Section 2422(b))

## COUNT FIVE

On or about and between February 25, 2025, and March 12, 2025, within the District of Columbia and elsewhere, the defendant, **ZABDIEL AARON ROTHSCHILD**, using facilities

3

and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce and attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, specifically a thirteen-year old **MINOR VICTIM 1,** to engage in sexual activity for which any person can be charged with a criminal offense.

**(Coercion and Enticement of a Minor,** in violation of Title 18, United States Code, Section 2422(b))

## COUNT SIX

On or about and between February 24, 2025, and March 12, 2025, within the District of Columbia and elsewhere, the defendant, **ZABDIEL AARON ROTHSCHILD,** did knowingly attempt to receive, using any means or facility of interstate commerce and in or affecting interstate commerce, one or more images or video files, or other matter, which contain any visual depiction, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Attempted Receipt of Child Pornography,** in violation of Title 18, United States Code, Section 2252(a)(2),(b)(1))

## COUNT SEVEN

On or about March 7, 2025, within the District of Columbia and elsewhere, the defendant, **ZABDIEL AARON ROTHSCHILD,** did knowingly receive, using any means or facility of interstate commerce and in or affecting interstate commerce, one or more images or video files, or other matter, which contain any visual depiction, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

4

(**Receipt of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2),(b)(1))

## COUNT EIGHT

On or about March 7, 2025, within the District of Columbia and elsewhere, the defendant, **ZABDIEL AARON ROTHSCHILD**, did knowingly receive, using any means or facility of interstate commerce and in or affecting interstate commerce, one or more images or video files, or other matter, which contain any visual depiction, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Receipt of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2),(b)(1))

## COUNT NINE

On or about February 7, 2025, within the District of Columbia and elsewhere, the defendant, **ZABDIEL AARON ROTHSCHILD**, did, by means of interstate commerce, knowingly transfer and attempt to transfer obscene matter to **MINOR VICTIM 3**, an individual who had not attained the age of 16 years, knowing that **MINOR VICTIM 3** had not attained the age of 16 years.

(**Transfer of Obscene Material to a Minor**, in violation of Title 18, United States Code, Section 1470)

## COUNT TEN

On or about March 1, 2025, within the District of Columbia and elsewhere, the defendant, **ZABDIEL AARON ROTHSCHILD**, did, by means of interstate commerce, knowingly transfer

5

and attempt to transfer obscene matter to **MINOR VICTIM 2**, an individual who had not attained the age of 16 years, knowing that **MINOR VICTIM 2** had not attained the age of 16 years.

(**Transfer of Obscene Material to a Minor**, in violation of Title 18, United States Code, Section 1470)

## COUNT ELEVEN

On or about March 5, 2025, within the District of Columbia and elsewhere, the defendant, **ZABDIEL AARON ROTHSCHILD**, did, by means of interstate commerce, knowingly transfer and attempt to transfer obscene matter to **MINOR VICTIM 1**, an individual who had not attained the age of 16 years, knowing that **MINOR VICTIM 1** had not attained the age of 16 years.

(**Transfer of Obscene Material to a Minor**, in violation of Title 18, United States Code, Section 1470)

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Counts Nine, Ten, and Eleven of this Indictment, the defendant, **ZABDIEL AARON ROTHSCHILD**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467(a), his interest in any obscene material produced, transported, mailed, shipped, or received; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

2. Upon conviction of the offense alleged in Counts Three, Four, and Five of this Indictment, the defendant, **ZABDIEL AARON ROTHSCHILD**, shall forfeit to the United

States, pursuant to Title 18, United States Code, Section 2428(a), his interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of this offense, and any property, real or personal, constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of this offense.

3.    Upon conviction of the offenses alleged in Counts One, Two, Six, Seven, and Eight of this Indictment, the defendant, **ZABDIEL AARON ROTHSCHILD**, shall forfeit to the United States: (1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

The United States will also seek a forfeiture money judgment equal to the value of any property, real or personal, that was used or intended to be used to commit or to facilitate this offense; and any property, real or personal, constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of this offense.

7

4.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Sections 1467(a), 2428(a), and 2253; Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Jeanine Ferris Pirro
United States Attorney

By: _Janani J. Iyengar_
Janani Iyengar
Attorney of the United States and
for the District of Columbia

8